**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GILBERT AND ROCHELLE ALLEN, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> DUVERA BILLING SERVICES, LLC d/b/a ) <br> PALOMAR ASSOCIATES, ) <br> ) <br> Defendant ) <br> ) | **Case No.: 1:13-cv-13283** |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: <u>April 3, 2014</u>       BY: */s/ Craig Thor Kimmel*
                                  Craig Thor Kimmel, Esquire
                                  BBO# 662924
                                  Kimmel & Silverman, P.C
                                  30 East Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Facsimile: (215) 540-8817
                                  Email: kimmel@creditlaw.com
                                  Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 3rd day of April, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

Scott Laughlin, Esq.
Palomar Associates
6027 Solutions Center
Chicago, IL 60677

                                          BY: */s/ Craig Thor Kimmel*
                                          Craig Thor Kimmel, Esquire
                                          BBO# 662924
                                          Kimmel & Silverman, P.C
                                          30 East Butler Pike
                                          Ambler, PA 19002
                                          Phone: (215) 540-8888
                                          Facsimile: (215) 540-8817
                                          Email: kimmel@creditlaw.com
                                          Attorney for Plaintiff